| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | O'Ryan Production & Exploration, Ltd. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-0099950 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 8180 Lakeview Center, Ste. 300 <br> Odessa, TX 79765 <br> Number, Street, City, State & ZIP Code <br><br> Ector <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor　　O'Ryan Production & Exploration, Ltd.　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

7. **Describe debtor's business**　　A. *Check one:*
　　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　　　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　　　■ None of the above

　　　B. *Check all that apply*
　　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　　____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**　　*Check one:*
　　　☐ Chapter 7
　　　☐ Chapter 9
　　　■ Chapter 11. *Check **all** that apply*:
　　　　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
　　　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　　　　☐ A plan is being filed with this petition.
　　　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
　　　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
　If more than 2 cases, attach a separate list.
　　■ No.
　　☐ Yes.
　　　District _____ When _____ Case number _____
　　　District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
　　☐ No
　　■ Yes.

Debtor __O'Ryan Production & Exploration, Ltd._____  Case number (*if known*)_____
      Name

List all cases. If more than 1, attach a separate list

Debtor _See Attachment_____  Relationship _____
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ■ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ■ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor  O'Ryan Production & Exploration, Ltd.  Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/06/2025
            MM / DD / YYYY

X _____      Ryan C. Hoerauf
Signature of authorized representative of debtor     Printed name

Title _____

**18. Signature of attorney**

X  *Thomas D. Berghman*               Date  02/07/2025
Signature of attorney for debtor            MM / DD / YYYY

Thomas D. Berghman  24082683
Printed name

Munsch Hardt Kopf & Harr, P.C.
Firm name

500 N. Akard St., Ste. 4000
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone  214-855-7500   Email address  tberghman@munsch.com

24082683 TX
Bar number and State

Debtor  O'Ryan Production & Exploration, Ltd.  
Name

Case number *(if known)*

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | EON PRODUCTION, LLC | | | Relationship to you | Affiliate |
| --- | --- | --- | --- | --- | --- |
| District | The Northern District of Texas | When | 2/09/25 | Case number, if known | |
| Debtor | O'Ryan Family Limited Partnership | | | Relationship to you | Affiliate |
| District | The Northern District of Texas | When | 2/09/25 | Case number, if known | |
| Debtor | O'Ryan Ponderosa, LLC | | | Relationship to you | Affiliate |
| District | The Northern District of Texas | When | 2/09/25 | Case number, if known | |
| Debtor | O'Ryan Ranches, Ltd. | | | Relationship to you | Affiliate |
| District | The Northern District of Texas | When | 2/03/25 | Case number, if known | 25-40434-mxm11 |
| Debtor | Ryan C. Hoerauf, Inc. | | | Relationship to you | Affiliate |
| District | The Northern District of Texas | When | 2/09/25 | Case number, if known | |
| Debtor | Scanrock Oil & Gas, Inc. | | | Relationship to you | Affiliate |
| District | The Northern District of Texas | When | 2/03/25 | Case number, if known | 25-90001-mxm11 |
| Debtor | Smackover Oil Treaters, Ltd. | | | Relationship to you | Affiliate |
| District | The Northern District of Texas | When | 2/09/25 | Case number, if known | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

**United States Bankruptcy Court**
Northern District of Texas

In re   O'Ryan Production & Exploration, Ltd.                              Case No.
                                        Debtor(s)                          Chapter    11

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■   I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: 02-06-2025   /s/ Ryan C. Hoerauf

**PART II: DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: 02/07/2025                    *Thomas D. Berghman*

Thomas D. Berghman 24082683, Attorney for Debtor
500 N. Akard St., Ste. 4000
Dallas, TX 75201
214-855-7500 Fax:214-855-7584

## United States Bankruptcy Court
### Northern District of Texas

In re  O'Ryan Production & Exploration, Ltd.

Debtor(s)

Case No.

Chapter  11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Amber R. Gill<br>8180 Lakeview Center, Suite 300<br>Odessa, TX 79765 | | 24.5% | Limited Partner |
| Matthew Hoerauf Trust<br>8180 Lakeview Center, Suite 300<br>Odessa, TX 79765 | | 24.5% | Limited Partner |
| Ryan C. Hoerauf<br>8180 Lakeview Center, Suite 300<br>Odessa, TX 79765 | | 50% | Limited Partner |
| Ryan E & P Management, Inc.<br>8180 Lakeview Center, Ste. 300<br>Odessa, TX 79765 | | 1% | General Partner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  February 6, 2025

Signature  Ryan C. Hoerauf

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## RESOLUTION OF O'RYAN PRODUCTION & EXPLORATION, LTD.

**THE UNDERSIGNED**, constituting the general partner (the "General Partner") of O'Ryan Production & Exploration, Ltd. (the "Company") a limited partnership, duly organized and validly existing under the laws of the State of Texas, hereby consents to, adopts, approves, and ratifies, in their entirety, the following resolutions, which were adopted by the General Partner as of February 6, 2025:

**WHEREAS**, it is in the best interest of the Company to obtain relief in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, under Chapter 11, of Title 11 of the United States Code;

**NOW, THEREFORE, BE IT RESOLVED**, that Ryan C. Hoerauf, is authorized and directed to execute and deliver all documents necessary for the filing of a chapter 11 bankruptcy case on behalf of the Company; and

**RESOLVED, FURTHER**, that Ryan C. Hoerauf, is authorized to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**RESOLVED, FURTHER**, that Ryan C. Hoerauf, is authorized to cause the Company to employ the law firm of Munsch Hardt Kopf & Harr, P.C., to represent the Company in such bankruptcy case and to direct and authorize the actions of such law firms.

**IN WITNESS WHEREOF**, the undersigned, as General Partner of the Company, has executed this resolution as of February 6, 2025.

O'RYAN PRODUCTION & EXPLORATION, LTD.
a Texas Limited Partnership

By:   Ryan E & P Management, Inc.
      its General Partner

By:   *(signature)*
      Ryan C. Hoerauf
      President